**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-20470-GLT |
| James E. Skiff,<br>　　　　　　Debtor | : | Chapter 13 |
| | : | Related to Docket No. 16 |
| James E. Skiff,<br>　　　　　　Movant | : | |
| vs. | : | |
| No Respondent. | : | |

## ORDER

**AND NOW**, on this __5th__ day of __March__, 2019, upon consideration of the Motion of the above reference Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file his Chapter 13 Petition, Schedules, Chapter 13 Plan, and Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including **March 11, 2019**.

　　No further extensions will be granted.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gregory L. Taddonio,  **drb**
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 19-20470-GLT
James E. Skiff                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: lfin                  Page 1 of 1           Date Rcvd: Mar 05, 2019
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db             +James E. Skiff,    935 Berkshire Avenue,    Pittsburgh, PA 15226-2139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor James E. Skiff ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 6