## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-20470-GLT |
| | : | |
| James Skiff, | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| James Skiff, | : | |
|     Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **James Skiff**, hereby state as follows:

1. I am a self-employed mason and I will be shutting down the business.

2. I have started receiving Social Security Benefits in the amount of $1,284.00 per month.

3. I will be starting a job with Starbucks at the end of March 2019 and I expect to earn average wages of $823.33 per month.

4. My wife lives in the household and contributes $3,000.00 per month.

5. I have filed income tax returns for the years 2014 – 2017.

6. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: March 8, 2019                             /s/ **James Skiff**
                                                                                 **James Skiff**
                                                                                  Debtor