| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **James E. Skiff** | | Social Security number or ITIN   **xxx–xx–8778** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ |
| | | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | | Date case filed for chapter   **13**   2/5/19 |
| Case number:   **19–20470–GLT** | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James E. Skiff | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 935 Berkshire Avenue Pittsburgh, PA 15226 | |
| 4. | **Debtor's attorney** Name and address | Paul W. McElrath Jr. McElrath Legal Holdings, LLC. 1641 Saw Mill Run Boulevard Pittsburgh, PA 15210 | Contact phone 412–765–3606  Email:  ecf @mcelrathlaw.com |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566  Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.  Contact phone 412–644–2700  Date: 3/11/19 |

**For more information, see page 2**

Debtor **James E. Skiff**                                                                                           Case number **19–20470–GLT**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 15, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/14/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/16/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/5/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/15/19** at **10:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20470-GLT
James E. Skiff                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam              Page 1 of 3           Date Rcvd: Mar 11, 2019
                           Form ID: 309I           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
```
db            +James E. Skiff,    935 Berkshire Avenue,    Pittsburgh, PA 15226-2139
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
aty           +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1945
aty           +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14989337      +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
15007338      +Butler Stone Craft,    772 N Pike Rd,    Cabot, PA 16023-2224
14989339      +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
14989344     +++F N B CONS DISC CO,    4313 WALNUT ST STE 144,    MCKEESPORT PA  15132-6129
               (address filed with court:  F N B Cons Disc Co,    4313 Walnut St Ste 29,    Mckeesport, PA 15132)
14989345      +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14989346      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
14989347      +Freedom Cu,    Arsenal Bus Center,    Philadelphia, PA 19137
14989351      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14989352      +Marinr Finc,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14989353      +Nationstar/mr Cooper,    350 Highland,    Houston, TX 77009-6623
14989354      +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
15001982      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14989356      +Sallie Mae Bank Inc,    Po Box 3229,    Wilmington, DE 19804-0229
15007358      +Silhol Builders,    100 Union St,    Bridgeville, PA 15017-2495
14989357      +Sterling Crd,    716 Bethlehem Pike,    Ambler, PA 19002
15007363      +Tmobile,    3625 132nd Ave SE,    Bellevue, WA 98006-1325
14989362      +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
14989361      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: ecf@mcelrathlaw.com Mar 12 2019 02:58:27     Paul W. McElrath, Jr.,
               McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA 15210
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2019 02:59:06     Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 12 2019 02:59:21
               Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
cr            +E-mail/Text: kburkley@bernsteinlaw.com Mar 12 2019 02:59:58     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15007334       EDI: AIS.COM Mar 12 2019 06:48:00     American Info Source Lp,    Post Office Box 248848,
               Oklahoma City, OK 73124-8848
14989335      +EDI: AMEREXPR.COM Mar 12 2019 06:48:00     Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
14989336       EDI: BANKAMER.COM Mar 12 2019 06:48:00     Bank Of America,    Po Box 982238,
               El Paso, TX 79998
14989338       EDI: CAPITALONE.COM Mar 12 2019 06:48:00     Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238
14989340       E-mail/Text: svlainich@communitybank.tv Mar 12 2019 02:59:32     Community Bank,
               100 N Market St.,    Carmichaels, PA 15320
14989341      +EDI: RCSFNBMARIN.COM Mar 12 2019 06:48:00     Credit One Bank Na,    Po Box 98872,
               Las Vegas, NV 89193-8872
14992609       EDI: DISCOVER.COM Mar 12 2019 06:48:00     Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
14989342      +EDI: DISCOVER.COM Mar 12 2019 06:48:00     Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
14989343      +EDI: DCI.COM Mar 12 2019 06:48:00     Diversified Consultant,    10550 Deerwood Park Blvd,
               Jacksonville, FL 32256-0596
14989348      +E-mail/Text: bankruptcy@huntington.com Mar 12 2019 02:59:18     Huntington National Ba,
               Po Box 1558,    Columbus, OH 43216-1558
14989349       E-mail/Text: ktramble@lendmarkfinancial.com Mar 12 2019 02:58:28     Lendmark Financial Ser,
               2118 Usher St.,    Covington, GA 30014
14989350      +EDI: TSYS2.COM Mar 12 2019 06:48:00     Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
14996817       EDI: AGFINANCE.COM Mar 12 2019 06:48:00     ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
14989355      +EDI: AGFINANCE.COM Mar 12 2019 06:48:00     Onemain,    Po Box 1010,    Evansville, IN 47706-1010
15005630      +E-mail/Text: bankruptcyteam@quickenloans.com Mar 12 2019 02:59:40     Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
14989358      +EDI: RMSC.COM Mar 12 2019 06:48:00     Syncb/care Credit,    C/o Po Box 965036,
               Orlando, FL 32896-0001
14989359      +EDI: RMSC.COM Mar 12 2019 06:48:00     Syncb/sams Club,    Po Box 965005,
               Orlando, FL 32896-5005
14997757       EDI: AIS.COM Mar 12 2019 06:48:00     T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
```

```
District/off: 0315-2          User: dkam           Page 2 of 3         Date Rcvd: Mar 11, 2019
                              Form ID: 309I         Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14989360       +EDI: WTRRNBANK.COM Mar 12 2019 06:48:00     Td Bank Usa/targetcred,   Po Box 673,
                Minneapolis, MN 55440-0673
14992696       +E-mail/Text: bankruptcy@huntington.com Mar 12 2019 02:59:18    The Huntington National Bank,
                3 Cascade Plaza  CAS056,   Akron, OH 44308-1124
                                                                                     TOTAL: 24
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
15007335*      +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
15007336*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
15007337*      +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
15007339*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
                Richmond, VA 23238)
15007341*      ++COMMUNITY BANK,   90 W CHESTNUT ST,   SUITE 100,   WASHINGTON PA 15301-4524
                (address filed with court: Community Bank,   100 N Market St,   Carmichaels, PA 15320)
15007340*      +Chase Auto,   Po Box 901003,   Ft Worth, TX 76101-2003
15007342*      +Credit One Bank Na,   Po Box 98872,   Las Vegas, NV 89193-8872
15007343*      +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
15007344*      +Diversified Consultant,   10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
15007345*      ++++F N B CONS DISC CO,   4313 WALNUT ST STE 144,   MCKEESPORT PA 15132-6129
                (address filed with court: F N B Cons Disc Co,   4313 Walnut St Ste 29,   Mckeesport, PA 15132)
15007346*      +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
15007347*      +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
15007348*      +Freedom Cu,   Arsenal Bus Center,   Philadelphia, PA 19137
15007349*      +Huntington National Ba,   Po Box 1558,   Columbus, OH 43216-1558
15007350*      ++LENDMARK FINANCIAL SERVICES,   2118 USHER ST,   COVINGTON GA 30014-2434
                (address filed with court: Lendmark Financial Ser,   2118 Usher St.,   Covington, GA 30014)
15007351*      +Macys/dsnb,   Po Box 8218,   Mason, OH 45040-8218
15007352*      +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
15007353*      +Nationstar/mr Cooper,   350 Highland,   Houston, TX 77009-6623
15007354*      +Nissan-infiniti Lt,   Pob 660366,   Dallas, TX 75266-0366
15007355*      +Onemain,   Po Box 1010,   Evansville, IN 47706-1010
15007356*      +Quicken Loans,   635 Woodward Avenue,   Detroit, MI 48226-3408
15007357*      +Sallie Mae Bank Inc,   Po Box 3229,   Wilmington, DE 19804-0229
15007359*      +Sterling Crd,   716 Bethlehem Pike,   Ambler, PA 19002
15007360*      +Syncb/care Credit,   C/o Po Box 965036,   Orlando, FL 32896-0001
15007361*      +Syncb/sams Club,   Po Box 965005,   Orlando, FL 32896-5005
15007362*      +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
15007365*      +Us Dept Of Ed/glelsi,   2401 International Lane,   Madison, WI 53704-3121
15007364*      +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
                                                                         TOTALS: 1, * 29, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-2           User: dkam            Page 3 of 3            Date Rcvd: Mar 11, 2019
                              Form ID: 309I          Total Noticed: 47

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.   on behalf of Debtor James E. Skiff ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                      TOTAL: 6