**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 19−20470−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   James E. Skiff
   935 Berkshire Avenue
   Pittsburgh, PA 15226

Social Security No.:
   xxx−xx−8778

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210<br>Telephone number: 412−765−3606 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>May 20, 2019<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>May 20, 2019<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/22/19

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-20470-GLT
James E. Skiff                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas                 Page 1 of 3              Date Rcvd: Apr 22, 2019
                              Form ID: rsc13             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
```
db             +James E. Skiff,   935 Berkshire Avenue,    Pittsburgh, PA 15226-2139
14989335       +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
14989336      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,   El Paso, TX 79998)
14989337       +Bankamerica,   4909 Savarese Circle,    Tampa, FL 33634-2413
15007338       +Butler Stone Craft,    772 N Pike Rd,   Cabot, PA 16023-2224
14989339       +Chase Auto,   Po Box 901003,    Ft Worth, TX 76101-2003
15034952        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14989344     ++++F N B CONS DISC CO,    4313 WALNUT ST STE 144,    MCKEESPORT PA 15132-6129
               (address filed with court: F N B Cons Disc Co,     4313 Walnut St Ste 29,    Mckeesport, PA 15132)
14989345       +Fed Loan Serv,   Pob 60610,    Harrisburg, PA 17106-0610
14989346       +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
14989347        Freedom Cu,   Arsenal Bus Center,    Philadelphia, PA 19137
14989350       +Macys/dsnb,   Po Box 8218,    Mason, OH 45040-8218
14989351       +Mariner Finance, LLC,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
14989352       +Marinr Finc,   8211 Town Center Dr,    Nottingham, MD 21236-5904
14989353       +Nationstar/mr Cooper,    350 Highland,   Houston, TX 77009-6623
14989354       +Nissan-infiniti Lt,    Pob 660366,   Dallas, TX 75266-0366
15001982       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14989356       +Sallie Mae Bank Inc,    Po Box 3229,   Wilmington, DE 19804-0229
15007358       +Silhol Builders,    100 Union St,   Bridgeville, PA 15017-2495
14989357        Sterling Crd,   716 Bethlehem Pike,    Ambler, PA 19002
14989360       +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
15007363       +Tmobile,   3625 132nd Ave SE,    Bellevue, WA 98006-1325
14989362       +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
14989361       +Us Dept Of Ed/glelsi,    Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2019 02:48:04     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
15007334        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2019 03:05:08      American Info Source Lp,
                 Post Office Box 248848,    Oklahoma City, OK 73124-8848
14989338        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2019 02:52:24
                 Capital One Bank Usa N,    15000 Capital One Dr,   Richmond, VA 23238
14989340        E-mail/Text: svlainich@communitybank.tv Apr 23 2019 02:48:35     Community Bank,
                 100 N Market St,    Carmichaels, PA 15320
14989341       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 23 2019 02:51:58      Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
14992609        E-mail/Text: mrdiscen@discover.com Apr 23 2019 02:47:33     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14989342       +E-mail/Text: mrdiscen@discover.com Apr 23 2019 02:47:33     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
14989343       +E-mail/Text: bankruptcynotices@dcicollect.com Apr 23 2019 02:48:56      Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
15031808       +E-mail/Text: kburkley@bernsteinlaw.com Apr 23 2019 02:49:08     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14989348       +E-mail/Text: bankruptcy@huntington.com Apr 23 2019 02:48:19     Huntington National Ba,
                 Po Box 1558,   Columbus, OH 43216-1558
14989349        E-mail/Text: ktramble@lendmarkfinancial.com Apr 23 2019 02:47:23     Lendmark Financial Ser,
                 2118 Usher St.,    Covington, GA 30014
14996817        E-mail/PDF: cbp@onemainfinancial.com Apr 23 2019 02:52:20     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14989355       +E-mail/PDF: cbp@onemainfinancial.com Apr 23 2019 02:52:20     Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
15005630       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 23 2019 02:48:48      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
15033929        E-mail/Text: ebn_bkrt_forms@salliemae.com Apr 23 2019 02:48:57     Sallie Mae,   P.O. Box 3319,
                 Wilmington, DE 19804-4319
14989358       +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2019 02:51:48     Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14989359       +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2019 02:52:53     Syncb/sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
14997757        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2019 03:03:35      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    PO Box 248848,   Oklahoma City, OK 73124-8848
15034350       +E-mail/Text: bncmail@w-legal.com Apr 23 2019 02:48:36     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14992696       +E-mail/Text: bankruptcy@huntington.com Apr 23 2019 02:48:19     The Huntington National Bank,
                 3 Cascade Plaza CAS056,    Akron, OH 44308-1124
15028364        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2019 03:05:08      Verizon,
                 by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
```

```
District/off: 0315-2           User: dpas                  Page 2 of 3                   Date Rcvd: Apr 22, 2019
                               Form ID: rsc13              Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                        TOTAL: 21

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
cr*             +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                  707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
15007335*       +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
15007336*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
15007337*       +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
15007339*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                  Richmond, VA 23238)
15007341*      ++COMMUNITY BANK,    90 W CHESTNUT ST,    SUITE 100,    WASHINGTON PA 15301-4524
                (address filed with court: Community Bank,    100 N Market St,    Carmichaels, PA 15320)
15007340*       +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
15007342*       +Credit One Bank Na,    Po Box 98872,    Las Vegas, NV 89193-8872
15007343*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
15007344*       +Diversified Consultant,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
15007345*     ++++F N B CONS DISC CO,    4313 WALNUT ST STE 144,    MCKEESPORT PA 15132-6129
                (address filed with court: F N B Cons Disc Co,    4313 Walnut St Ste 29,    Mckeesport, PA 15132)
15007346*       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
15007347*       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15007348*        Freedom Cu,   Arsenal Bus Center,    Philadelphia, PA 19137
15007349*       +Huntington National Ba,    Po Box 1558,    Columbus, OH 43216-1558
15007350*      ++LENDMARK FINANCIAL SERVICES,    2118 USHER ST,    COVINGTON GA 30014-2434
                (address filed with court: Lendmark Financial Ser,    2118 Usher St.,    Covington, GA 30014)
15007351*       +Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
15007352*       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
15007353*       +Nationstar/mr Cooper,    350 Highland,    Houston, TX 77009-6623
15007354*       +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
15007355*       +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
15007356*       +Quicken Loans,    635 Woodward Avenue,    Detroit, MI 48226-3408
15007357*       +Sallie Mae Bank Inc,    Po Box 3229,    Wilmington, DE 19804-0229
15007359*        Sterling Crd,   716 Bethlehem Pike,    Ambler, PA 19002
15007360*       +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
15007361*       +Syncb/sams Club,    Po Box 965005,    Orlando, FL 32896-5005
15007362*       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
15007365*       +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
15007364*       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
                                                                                          TOTALS: 1, * 30, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                            Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2               User: dpas                  Page 3 of 3                   Date Rcvd: Apr 22, 2019
                                   Form ID: rsc13              Total Noticed: 45


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul W. McElrath, Jr.    on behalf of Debtor James E. Skiff ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                            TOTAL: 6
```