**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James E. Skiff**
Debtor(s)

Bankruptcy Case No.: 19−20470−GLT
Related to Docket No. 45
Chapter: 13
Docket No.: 46 − 45
Concil. Conf.: October 15, 2020 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 8, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **September 22, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **October 15, 2020** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 24, 2020

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-20470-GLT
James E. Skiff                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Jul 24, 2020
                              Form ID: 213            Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.
```
db         +James E. Skiff,    935 Berkshire Avenue,    Pittsburgh, PA 15226-2139
cr         +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
             UNITED STATES OF AMERICA 15219-6101
14989335   +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
14989336  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
           (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14989337   +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
15007338   +Butler Stone Craft,    772 N Pike Rd,    Cabot, PA 16023-2224
15089246   +COMMUNITY BANK,    2111 N. FRANKLIN DRIVE-DEPT. 204,    SUITE 200,    WASHINGTON, PA 15301-5893
14989339   +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
15042662   +Donley Brick Co.,    c/o Amato and Keating, P.C.,    107 North Commerce Way,
             Bethlehem PA 18017-8913
14989344 ++++F N B CONS DISC CO,    4313 WALNUT ST STE 144,    MCKEESPORT PA  15132-6129
           (address filed with court: F N B Cons Disc Co,    4313 Walnut St Ste 29,    Mckeesport, PA 15132)
14989345   +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14989346   +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
14989347    Freedom Cu,    Arsenal Bus Center,    Philadelphia, PA 19137
14989350   +Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
14989351   +Mariner Finance, LLC,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
14989352   +Marinr Finc,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14989353   +Nationstar/mr Cooper,    350 Highland,    Houston, TX 77009-6623
14989354   +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
15001982   +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
             Pittsburgh, PA 15233-1828
15039901   +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
             c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
             Pittsburgh, PA 15219-6101
14989356   +Sallie Mae Bank Inc,    Po Box 3229,    Wilmington, DE 19804-0229
15007358   +Silhol Builders,    100 Union St,    Bridgeville, PA 15017-2495
14989357    Sterling Crd,    716 Bethlehem Pike,    Ambler, PA 19002
14989360   +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
15007363   +Tmobile,    3625 132nd Ave SE,    Bellevue, WA 98006-1325
15040443    UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
             MADISON WI 53708-8973
14989362   +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
14989361   +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 03:16:55
             PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
15007334    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2020 03:41:30      American Info Source Lp,
             Post Office Box 248848,    Oklahoma City, OK 73124-8848
14989338    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 25 2020 03:16:58
             Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
14989340    E-mail/Text: svlainich@communitybank.tv Jul 25 2020 03:20:30      Community Bank,
             100 N Market St,    Carmichaels, PA 15320
14989341   +E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2020 03:39:58      Credit One Bank Na,
             Po Box 98872,    Las Vegas, NV 89193-8872
15034952    E-mail/Text: bnc-quantum@quantum3group.com Jul 25 2020 03:20:12
             Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
             Kirkland, WA  98083-0657
14992609    E-mail/Text: mrdiscen@discover.com Jul 25 2020 03:20:03      Discover Bank,
             Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14989342   +E-mail/Text: mrdiscen@discover.com Jul 25 2020 03:20:03      Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
14989343   +E-mail/Text: bankruptcynotices@dcicollect.com Jul 25 2020 03:20:39      Diversified Consultant,
             10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
15031808   +E-mail/Text: kburkley@bernsteinlaw.com Jul 25 2020 03:20:42      Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
14989348   +E-mail/Text: bankruptcy@huntington.com Jul 25 2020 03:20:23      Huntington National Ba,
             Po Box 1558,    Columbus, OH 43216-1558
14989349    E-mail/Text: ktramble@lendmarkfinancial.com Jul 25 2020 03:19:58      Lendmark Financial Ser,
             2118 Usher St.,    Covington, GA 30014
14996817    E-mail/PDF: cbp@onemainfinancial.com Jul 25 2020 03:16:25     ONEMAIN,    P.O. BOX 3251,
             EVANSVILLE, IN 47731-3251
14989355   +E-mail/PDF: cbp@onemainfinancial.com Jul 25 2020 03:17:22     Onemain,    Po Box 1010,
             Evansville, IN 47706-1010
15124967    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 03:16:55
             Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
15005630   +E-mail/Text: bankruptcyteam@quickenloans.com Jul 25 2020 03:20:36      Quicken Loans Inc.,
             635 Woodward Avenue,    Detroit, MI 48226-3408
```

```
District/off: 0315-2              User: jhel                  Page 2 of 3                   Date Rcvd: Jul 24, 2020
                                  Form ID: 213                Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15033929          E-mail/Text: ebn_bkrt_forms@salliemae.com Jul 25 2020 03:20:40      Sallie Mae,    P.O. Box 3319,
                 Wilmington, DE 19804-4319
14989358         +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 03:17:18      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14989359         +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 03:17:18      Syncb/sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
14997757          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2020 03:41:41       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
15034350         +E-mail/Text: bncmail@w-legal.com Jul 25 2020 03:20:31      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14992696         +E-mail/Text: bankruptcy@huntington.com Jul 25 2020 03:20:23       The Huntington National Bank,
                 3 Cascade Plaza  CAS056,    Akron, OH 44308-1124
15028364          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2020 03:41:41       Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                               TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
cr*              +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*              +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15007335*        +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
15007336*        ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
15007337*        +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
15007339*        ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238)
15007341*        ++COMMUNITY BANK,   90 W CHESTNUT ST,   SUITE 100,   WASHINGTON PA 15301-4524
                 (address filed with court: Community Bank,   100 N Market St,   Carmichaels, PA 15320)
15007340*        +Chase Auto,   Po Box 901003,   Ft Worth, TX 76101-2003
15007342*        +Credit One Bank Na,   Po Box 98872,   Las Vegas, NV 89193-8872
15007343*        +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
15007344*        +Diversified Consultant,   10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
15007345*        ++++F N B CONS DISC CO,   4313 WALNUT ST STE 144,   MCKEESPORT PA  15132-6129
                 (address filed with court: F N B Cons Disc Co,   4313 Walnut St Ste 29,   Mckeesport, PA 15132)
15007346*        +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
15007347*        +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
15007348*         Freedom Cu,   Arsenal Bus Center,   Philadelphia, PA 19137
15007349*        +Huntington National Ba,   Po Box 1558,   Columbus, OH 43216-1558
15007350*        ++LENDMARK FINANCIAL SERVICES,   2118 USHER ST,   COVINGTON GA 30014-2434
                 (address filed with court: Lendmark Financial Ser,   2118 Usher St.,   Covington, GA 30014)
15007351*        +Macys/dsnb,   Po Box 8218,   Mason, OH 45040-8218
15007352*        +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
15007353*        +Nationstar/mr Cooper,   350 Highland,   Houston, TX 77009-6623
15007354*        +Nissan-infiniti Lt,   Pob 660366,   Dallas, TX 75266-0366
15007355*        +Onemain,   Po Box 1010,   Evansville, IN 47706-1010
15007356*        +Quicken Loans,   635 Woodward Avenue,   Detroit, MI 48226-3408
15007357*        +Sallie Mae Bank Inc,   Po Box 3229,   Wilmington, DE 19804-0229
15007359*         Sterling Crd,   716 Bethlehem Pike,   Ambler, PA 19002
15007360*        +Syncb/care Credit,   C/o Po Box 965036,   Orlando, FL 32896-0001
15007361*        +Syncb/sams Club,   Po Box 965005,   Orlando, FL 32896-5005
15007362*        +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
15007365*        +Us Dept Of Ed/glelsi,   2401 International Lane,   Madison, WI 53704-3121
15007364*        +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
                                                                                               TOTALS: 1, * 30, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0315-2        User: jhel              Page 3 of 3          Date Rcvd: Jul 24, 2020
                            Form ID: 213            Total Noticed: 51
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor James E. Skiff ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                        TOTAL: 7
```