Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James E. Skiff**
Debtor(s)

Bankruptcy Case No.: 19−20470−GLT
Issued Per Oct. 15, 2020 Proceeding
Chapter: 13
Docket No.: 51 − 46, 49
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 15, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☑ B. The length of the Plan is increased to a total of 41 months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Pittsburgh Water and Sewer Authority (Claim No. 14) .

☑ H. Additional Terms: The Trustee's Certificate of Default to Dismiss [Dkt. No. 45] is resolved by the proposed confirmation of Debtor's amended plan.

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.   Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.   Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.   Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.   Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.   Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: October 20, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20470-GLT |
| James E. Skiff | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Oct 20, 2020 | Form ID: 149 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James E. Skiff, 935 Berkshire Avenue, Pittsburgh, PA 15226-2139 |
| cr | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14989335 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14989336 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14989337 | + | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15007338 | + | Butler Stone Craft, 772 N Pike Rd, Cabot, PA 16023-2224 |
| 15089246 | + | COMMUNITY BANK, 2111 N. FRANKLIN DRIVE-DEPT. 204, SUITE 200, WASHINGTON, PA 15301-5893 |
| 14989339 | + | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 14989350 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15042662 | + | Donley Brick Co., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14989344 | ++++ | F N B CONS DISC CO, 4313 WALNUT ST STE 144, MCKEESPORT PA 15132-6129 address filed with court:, F N B Cons Disc Co, 4313 Walnut St Ste 29, Mckeesport, PA 15132 |
| 14989345 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14989346 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14989347 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14989351 | + | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14989352 | + | Marinr Finc, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14989353 | + | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14989354 | + | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 15001982 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15039901 | + | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14989356 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15007358 | + | Silhol Builders, 100 Union St, Bridgeville, PA 15017-2495 |
| 14989357 | | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 14989360 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15007363 | + | Tmobile, 3625 132nd Ave SE, Bellevue, WA 98006-1325 |
| 15040443 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14989362 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 14989361 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2020 01:34:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15007334 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 21 2020 01:36:41 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14989338 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 19-20470-GLT    Doc 53    Filed 10/22/20    Entered 10/23/20 01:33:29    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: 149 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 21 2020 01:35:39 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14989340 | | Email/Text: svlainich@communitybank.tv | Oct 21 2020 01:55:00 | Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 14989341 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 21 2020 01:34:42 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15034952 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2020 01:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14992609 | | Email/Text: mrdiscen@discover.com | Oct 21 2020 01:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14989342 | + | Email/Text: mrdiscen@discover.com | Oct 21 2020 01:54:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14989343 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 21 2020 01:55:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15031808 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 21 2020 01:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14989348 | + | Email/Text: bankruptcy@huntington.com | Oct 21 2020 01:55:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 14989349 | | Email/Text: ktramble@lendmarkfinancial.com | Oct 21 2020 01:54:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14996817 | | Email/PDF: cbp@onemainfinancial.com | Oct 21 2020 01:35:38 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14989355 | + | Email/PDF: cbp@onemainfinancial.com | Oct 21 2020 01:34:40 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15124967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2020 01:34:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15005630 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 21 2020 01:55:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15033929 | | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 21 2020 01:55:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14989358 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2020 01:36:35 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14989359 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2020 01:36:35 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14997757 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 21 2020 01:34:47 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15034350 | + | Email/Text: bncmail@w-legal.com | Oct 21 2020 01:55:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14992696 | + | Email/Text: bankruptcy@huntington.com | Oct 21 2020 01:55:00 | The Huntington National Bank, 3 Cascade Plaza CAS056, Akron, OH 44308-1124 |
| 15028364 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 21 2020 01:35:44 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: 149 | Total Noticed: 51 |

| | | |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15007335 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15007336 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15007337 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15007339 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15007341 | *P++ | COMMUNITY BANK, 90 W CHESTNUT ST, SUITE 100, WASHINGTON PA 15301-4524, address filed with court:, Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 15007340 | *+ | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 15007342 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15007351 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15007343 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15007344 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15007345 | *++++ | F N B CONS DISC CO, 4313 WALNUT ST STE 144, MCKEESPORT PA 15132-6129, address filed with court:, F N B Cons Disc Co, 4313 Walnut St Ste 29, Mckeesport, PA 15132 |
| 15007346 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15007347 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15007348 | * | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 15007349 | *+ | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15007350 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15007352 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15007353 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15007354 | *+ | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 15007355 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15007356 | *+ | Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15007357 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15007359 | * | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 15007360 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15007361 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15007362 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15007364 | *+ | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15007365 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 1 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 4 of 4 |
| Date Rcvd: Oct 20, 2020 | Form ID: 149 | Total Noticed: 51 |

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Debtor James E. Skiff ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com
    Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 7