**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James E. Skiff**
  Debtor(s)

Bankruptcy Case No.: 19−20470−GLT
Related to Docket No. 55
Chapter: 13
Docket No.: 56 − 55
Concil. Conf.: December 16, 2021 at 01:00 PM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 22, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 7, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **December 16, 2021** at **01:00 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 8, 2021

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                   Case No. 19-20470-GLT
James E. Skiff                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dbas              Page 1 of 4
Date Rcvd: Oct 08, 2021         Form ID: 213            Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James E. Skiff, 935 Berkshire Avenue, Pittsburgh, PA 15226-2139 |
| cr | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14989335 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14989336 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14989337 | + | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15007338 | + | Butler Stone Craft, 772 N Pike Rd, Cabot, PA 16023-2224 |
| 15089246 | + | COMMUNITY BANK, 2111 N. FRANKLIN DRIVE-DEPT. 204, SUITE 200, WASHINGTON, PA 15301-5893 |
| 15042662 | + | Donley Brick Co., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14989344 | + | F N B Cons Disc Co, 4313 Walnut St Ste 29, Mckeesport, PA 15132-6100 |
| 14989345 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14989346 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14989347 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14989351 | + | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14989352 | + | Marinr Finc, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14989353 | + | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14989354 | + | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 15001982 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15039901 | + | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14989356 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15007358 | + | Silhol Builders, 100 Union St, Bridgeville, PA 15017-2495 |
| 14989357 | | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 14989360 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15007363 | + | Tmobile, 3625 132nd Ave SE, Bellevue, WA 98006-1325 |
| 15040443 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14989362 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 14989361 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2021 23:21:02 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15007334 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2021 23:21:03 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14989338 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 08 2021 23:21:10 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14989340 | | Email/Text: svlainich@communitybank.tv | Oct 08 2021 23:07:00 | Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 14989339 | + | Email/Text: bk.notifications@jpmchase.com | Oct 08 2021 23:07:00 | Chase Auto, Po Box 901003, Ft Worth, TX |

Case 19-20470-GLT    Doc 57    Filed 10/10/21    Entered 10/11/21 00:24:10    Desc Imaged
                          Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: dbas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 08, 2021 | Form ID: 213 | Total Noticed: 51 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76101-2003 |
| 14989341 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 08 2021 23:20:53 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14989350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2021 23:20:54 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15034952 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2021 23:07:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14992609 | | Email/Text: mrdiscen@discover.com | Oct 08 2021 23:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14989342 | + | Email/Text: mrdiscen@discover.com | Oct 08 2021 23:07:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14989343 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 08 2021 23:07:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15031808 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 08 2021 23:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14989348 | + | Email/Text: bankruptcy@huntington.com | Oct 08 2021 23:07:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 14989349 | | Email/Text: ktramble@lendmarkfinancial.com | Oct 08 2021 23:07:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14996817 | | Email/PDF: cbp@onemainfinancial.com | Oct 08 2021 23:21:10 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14989355 | + | Email/PDF: cbp@onemainfinancial.com | Oct 08 2021 23:21:10 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15124967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2021 23:21:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15005630 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 08 2021 23:07:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15033929 | | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 08 2021 23:07:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14989358 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2021 23:21:02 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14989359 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2021 23:20:53 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14997757 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2021 23:21:11 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15034350 | + | Email/Text: bncmail@w-legal.com | Oct 08 2021 23:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14992696 | + | Email/Text: bankruptcy@huntington.com | Oct 08 2021 23:07:00 | The Huntington National Bank, 3 Cascade Plaza CAS056, Akron, OH 44308-1124 |
| 15028364 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2021 23:21:03 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans, LLC Formerly Known (FKA) as Quicken |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 4 |
| Date Rcvd: Oct 08, 2021 | Form ID: 213 | Total Noticed: 51 |

| | | |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15007335 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15007336 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15007337 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15007339 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15007341 | *P++ | COMMUNITY BANK, 90 W CHESTNUT ST, SUITE 100, WASHINGTON PA 15301-4524, address filed with court:, Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 15007340 | *+ | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 15007342 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15007351 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15007343 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15007344 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15007345 | *+ | F N B Cons Disc Co, 4313 Walnut St Ste 29, Mckeesport, PA 15132-6100 |
| 15007346 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15007347 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15007348 | * | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 15007349 | *+ | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15007350 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15007352 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15007353 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15007354 | *+ | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 15007355 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15007356 | *+ | Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15007357 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15007359 | * | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 15007360 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15007361 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15007362 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15007364 | *+ | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15007365 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |

District/off: 0315-2 | User: dbas | Page 4 of 4
Date Rcvd: Oct 08, 2021 | Form ID: 213 | Total Noticed: 51

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Quicken Loans  LLC Formerly Known (FKA) as Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Debtor James E. Skiff ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 8