FILED
12/20/21 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
 )  Case No. 19-20470-GLT
JAMES E. SKIFF )
 )  Chapter 13
 Debtor(s). )
 X    Related to Docket No. 65

### ORDER OF COURT
(Check Boxes That Apply)

☒ **Confirming Plan on Final Basis**    ☐ Chapter 13 Plan dated: _____

☐ Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection    ☒ Amended Chapter 13 dated: 11/22/21

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

   ☐  A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $_____, beginning _____ . To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

   ☐  B. The length of the Plan is changed to a total of at least ____months. This

-1-

statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐     C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒     G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
*PWSA CL. #14

☐     H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

☐      I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

☐      J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

☐      K.  Additional Terms and Conditions:

2. **Deadlines**. **The following deadlines are hereby established and apply to this case:**

    A.    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    B.    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

    C.    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

    D.    **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

    3.    **Additional Provisions.**  The following additional provisions apply in this case:

    **A.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

    **B.**    The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

    **C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

    **D.**    Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

    **E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

    **F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed **secured claim** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

    **G.**    The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

    **H.**    The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: December 20, 2021

United States Bankruptcy Judge

dts

cc: All Parties in Interest to be served by Clerk

-4-

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                Case No. 19-20470-GLT
James E. Skiff                                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: mgut                                        Page 1 of 4
Date Rcvd: Dec 20, 2021                  Form ID: pdf900                                Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James E. Skiff, 935 Berkshire Avenue, Pittsburgh, PA 15226-2139 |
| cr | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14989335 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14989336 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14989337 | + | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15007338 | + | Butler Stone Craft, 772 N Pike Rd, Cabot, PA 16023-2224 |
| 15089246 | + | COMMUNITY BANK, 2111 N. FRANKLIN DRIVE-DEPT. 204, SUITE 200, WASHINGTON, PA 15301-5893 |
| 15042662 | + | Donley Brick Co., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14989344 | + | F N B Cons Disc Co, 4313 Walnut St Ste 29, Mckeesport, PA 15132-6100 |
| 14989345 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14989346 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14989347 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14989351 | + | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14989352 | + | Marinr Finc, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14989353 | + | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14989354 | + | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 15001982 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15039901 | + | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14989356 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15007358 | + | Silhol Builders, 100 Union St, Bridgeville, PA 15017-2495 |
| 14989357 | | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 14989360 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15007363 | + | Tmobile, 3625 132nd Ave SE, Bellevue, WA 98006-1325 |
| 15040443 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14989362 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 14989361 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2021 23:40:23 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Dec 20 2021 23:41:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 20 2021 23:41:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15007334 | | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2021 23:40:36 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |

Case 19-20470-GLT    Doc 67    Filed 12/22/21    Entered 12/23/21 00:29:26    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: pdf900 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14989338 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2021 23:40:33 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14989340 | | Email/Text: svlainich@communitybank.tv | Dec 20 2021 23:41:52 | Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 14989339 | + | Email/Text: bk.notifications@jpmchase.com | Dec 20 2021 23:41:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 14989341 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2021 23:40:24 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14989350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2021 23:50:55 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15034952 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2021 23:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14992609 | | Email/Text: mrdiscen@discover.com | Dec 20 2021 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14989342 | + | Email/Text: mrdiscen@discover.com | Dec 20 2021 23:40:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14989343 | + | Email/Text: bankruptcynotices@dcicollect.com | Dec 20 2021 23:41:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15031808 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 20 2021 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14989348 | + | Email/Text: bankruptcy@huntington.com | Dec 20 2021 23:41:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 14989349 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 20 2021 23:40:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14996817 | | Email/PDF: cbp@onemainfinancial.com | Dec 20 2021 23:40:20 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14989355 | + | Email/PDF: cbp@onemainfinancial.com | Dec 20 2021 23:40:43 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15124967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2021 00:15:03 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15001982 | + | Email/Text: ebnpeoples@grblaw.com | Dec 20 2021 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15039901 | + | Email/Text: ebnpwsa@grblaw.com | Dec 20 2021 23:41:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15005630 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 20 2021 23:41:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15033929 | | Email/Text: ebn_bkrt_forms@salliemae.com | Dec 20 2021 23:41:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15423888 | + | Email/Text: bncmail@w-legal.com | Dec 20 2021 23:41:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14989358 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2021 23:40:30 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14989359 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2021 23:40:34 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14997757 | | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2021 23:40:47 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15034350 | + | Email/Text: bncmail@w-legal.com | | |

Case 19-20470-GLT   Doc 67   Filed 12/22/21   Entered 12/23/21 00:29:26   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: pdf900 | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| | | Dec 20 2021 23:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14992696 | + Email/Text: bankruptcy@huntington.com | Dec 20 2021 23:41:00 | The Huntington National Bank, 3 Cascade Plaza CAS056, Akron, OH 44308-1124 |
| 15028364 | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2021 23:40:36 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans, LLC Formerly Known (FKA) as Quicken |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15007335 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15007336 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15007337 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15007339 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15007341 | *P++ | COMMUNITY BANK, 90 W CHESTNUT ST, SUITE 100, WASHINGTON PA 15301-4524, address filed with court:, Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 15007340 | *+ | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 15007342 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15007351 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15007343 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15007344 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15007345 | *+ | F N B Cons Disc Co, 4313 Walnut St Ste 29, Mckeesport, PA 15132-6100 |
| 15007346 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15007347 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15007348 | * | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 15007349 | *+ | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15007350 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15007352 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15007353 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15007354 | *+ | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 15007355 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15007356 | *+ | Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15007357 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15007359 | * | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 15007360 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15007361 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15007362 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15007364 | *+ | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15007365 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-2 | User: mgut | Page 4 of 4
Date Rcvd: Dec 20, 2021 | Form ID: pdf900 | Total Noticed: 53

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021                    Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC Formerly Known (FKA) as Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor James E. Skiff ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9