LOCAL BANKRUPTCY FORM NO. 24

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-20470-GLT |
| James E. Skiff, | : | |
| | : | Chapter No. 13 |
| Debtor | : | |
| | : | |
| Paul W. McElrath, Esquire / | : | Related to Docket No. 69 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | August 24, 2022 at 10:00 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents   James E. Skiff.
2. This is (check one)
   _____ a final application
   __X__ an interim application
   for the period February 1, 2019 to July 19, 2022
3. Previous retainer paid to Applicant: $350.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $1,180.50 for Total Compensation of $5,180.50
   Total Expenses Used $ 500.00.
6. A **in-person hearing** will be held on **August 24, 2022 at 10:00 AM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219.  In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform.  Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing.  All parties participating remotely shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).  **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

7. Any written objections must be filed with the Court and served on the Applicant on or before **August 5, 2022** (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

| | |
|---|---|
| Date of Service: July 19, 2022 | Applicant or Attorney for Applicant: |
| | /s/ Paul W. McElrath |
| | Paul W. McElrath, Esquire |
| | PA I.D. # 86220 |
| | McElrath Legal Holdings, LLC |
| | 1641 Saw Mill Run Boulevard |
| | Pittsburgh, PA  15210 |
| | Tel: 412.765.3606 |