**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/04/2023

IN RE:

JAMES E. SKIFF
935 BERKSHIRE AVENUE
PITTSBURGH, PA 15226
XXX-XX-8778        Debtor(s)

Case No. 19-20470 GLT

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/4/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LNS/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FREEDOM CREDIT UNION**<br>626 JACKSONVILLE RD STE 250<br>CENTER POINTE OFFICE CENTER<br>WARMINSTER, PA 18974-4862 | Trustee Claim Number: 4  INT %: 6.00%<br>Court Claim Number: NC<br>CLAIM: 4,861.82<br>COMMENT: SURR/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0003 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/JSP*BGN 3/19*NT PROV/PL* $104,939.20/CL*DKT | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4744 |
| **AMERICAN INFOSOURCE LP**<br>POB 248848<br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~T MOBILE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AMERICAN EXPRESS**<br>PO BOX 981537<br>EL PASO, TX 79998 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5833 |
| **BANK OF AMERICA NA\*\* (LMP)**<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7199 |
| **BANK OF AMERICA NA\*\* (LMP)**<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5270 |
| **BUTLER STONE CRAFT**<br>772 N PIKE RD<br>CABOT, PA 16023 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2452 |
| **CHASE AUTO FINANCE(\*)**<br>PO BOX 901032<br><br>FT WORTH, TX  76101-2032 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0997 |
| **COMMUNITY BANK(\*)**<br>2111 N FRANKLIN DR<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  5,846.08<br>COMMENT:  0404/SCH\*LOAN DOCS SIGNED@SEAL 4/6/2004\*LATE CLAIM | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  3249 |
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV  89193-8872 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2671 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  4,732.50<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7804 |
| **DIVERSIFIED CONSULTANTS++**<br>POB 551268<br><br>JACKSONVILLE, FL  32255 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5715 |
| **FNB CONSUMER DISCOUNT CO++**<br>4313 WALNUT ST UNIT 29<br>OLYMPIA SHOPPING CENTER<br><br>MCKEESPORT, PA  15132 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0301 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br><br>ST LOUIS, MO  63179 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0003 |
| **FIFTH THIRD BANK**<br>PO BOX 637640<br><br>CINCINNATI, OH  45263-7640 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3029 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH  43231 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  4,553.76<br>COMMENT:  3189~NO$/SCH\*DEPOSIT ACCOUNT OVERDRAFT\*CLOSED 1/26/18 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1062 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 4,982.81<br>COMMENT: X9902/SCH*FR LENDMARK FINANCIAL SVCS*DOC 58*LOAN DOCS SIGNED@SEAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4293 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 795.15<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8669 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,764.12<br>COMMENT: 8821/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3588 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3764 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660366<br>DALLAS, TX 75266-0366 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2283 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 8,673.11<br>COMMENT: FR ONE MAIN-DOC 41 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2222 |
| **SALLIE MAE BANK**<br>C/O SALLIE MAE<br>PO BOX 3319<br>WILMINGTON, DE 19804 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 14,936.35<br>COMMENT: 5270~NO$/SCH*DTR IS COSIGNER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8778 |
| **SILHOL BUILDERS**<br>100 UNION ST<br>BRIDGEVILLE, PA 15017 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **STERLING CREDIT CORP**<br>BLUE BELL CT<br>POB 1223<br>BLUE BELL, PA 19422 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 27N1 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~CARE CREDIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2853 |

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~SAMS CLUB~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0747 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 585.59<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9966 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO 63197-0321 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 56,065.03<br>COMMENT: 7581~NO$/SCH*GU BAR TIMELY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8778 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO 63197-0321 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 17,453.31<br>COMMENT: 8581~NO$/SCH*GU BAR TIMELY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8778 |
| **T MOBILE/T-MOBILE USA INC BY AMERICAN INF**<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 217.42<br>COMMENT: NTC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5456 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 217.85<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6314 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/JSP*NT PROV/PL*THRU 2/19*$770.22/CL*DKT | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4744 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 141.78<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **DUQUESNE LIGHT COMPANY(\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 642.13<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8195 |
| **PITTSBURGH WATER & SEWER AUTHORITY(\*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 40  INT %: 10.00%<br>Court Claim Number: 14-2<br>CLAIM: 61.98<br>COMMENT: CL14GOV*97H45*NT/SCH-PL*WNTS 10%*GU BAR TIMELY*THRU 2/5/19*AMD CL=$0 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7H45 |

| CLAIM RECORDS | | |
|---|---|---|
| **DONLEY BRICK CO** <br> C/O AMATO AND KEATING PC <br> 107 NORTH COMMERCE WAY STE 100 <br> BETHLEHEM, PA 18017 | Trustee Claim Number:41  INT %: 0.00% <br> Court Claim Number:17 <br> <br> CLAIM: 1,614.64 <br> COMMENT: NT/SCH*LATE CLAIM | CRED DESC: UNSECURED/LATE FILED <br> ACCOUNT NO.: 0275 |