Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James E. Skiff** | : | Case No. 19−20470−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 79 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 4/5/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this ***The 26th of January, 2023***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 79 by the Chapter 13 Trustee,

  It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

  (1) ***On or before March 13, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2) This Motion is scheduled for hearing on ***April 5, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

  (3) If, after proper service, a Respondent fails to timely file a ***Response***, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

  (4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-20470-GLT
James E. Skiff     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jan 26, 2023     Form ID: 604     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James E. Skiff, 935 Berkshire Avenue, Pittsburgh, PA 15226-2139 |
| 15007338 | + | Butler Stone Craft, 772 N Pike Rd, Cabot, PA 16023-2224 |
| 15089246 | + | COMMUNITY BANK, 2111 N. FRANKLIN DRIVE-DEPT. 204, SUITE 200, WASHINGTON, PA 15301-5893 |
| 15042662 | + | Donley Brick Co., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14989344 | + | F N B Cons Disc Co, 4313 Walnut St Ste 29, Mckeesport, PA 15132-6100 |
| 14989345 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14989347 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 15007358 | + | Silhol Builders, 100 Union St, Bridgeville, PA 15017-2495 |
| 14989357 | | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 15007363 | + | Tmobile, 3625 132nd Ave SE, Bellevue, WA 98006-1325 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 00:20:41 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 27 2023 00:11:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: bncmail@w-legal.com | Jan 27 2023 00:11:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15007334 | | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2023 00:20:43 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14989335 | + | Email/PDF: bncnotices@becket-lee.com | Jan 27 2023 00:20:44 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14989336 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 27 2023 00:11:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14989337 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 27 2023 00:11:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14989338 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 00:20:37 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14989340 | | Email/Text: svlainich@communitybank.tv | Jan 27 2023 00:11:00 | Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 14989341 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2023 00:20:39 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14989350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:21:05 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15034952 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2023 00:11:00 | Department Stores National Bank, c/o Quantum3 |

Case 19-20470-GLT   Doc 81   Filed 01/28/23   Entered 01/29/23 00:24:46   Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 604 | Total Noticed: 54 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14992609 | | Email/Text: mrdiscen@discover.com | Jan 27 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14989342 | + | Email/Text: mrdiscen@discover.com | Jan 27 2023 00:11:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14989343 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 27 2023 00:11:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15031808 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 27 2023 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14989346 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 27 2023 00:11:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14989348 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2023 00:11:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 14989339 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2023 00:20:58 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14989349 | | Email/Text: ktramble@lendmarkfinancial.com | Jan 27 2023 00:11:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14989351 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 27 2023 00:11:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14989352 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 27 2023 00:11:00 | Marinr Finc, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14989353 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 27 2023 00:11:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14989354 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 27 2023 00:11:00 | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 14996817 | | Email/PDF: cbp@onemainfinancial.com | Jan 27 2023 00:20:57 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14989355 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2023 00:20:48 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15124967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 00:20:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15001982 | + | Email/Text: ebnpeoples@grblaw.com | Jan 27 2023 00:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15448418 | + | Email/Text: ebnpwsa@grblaw.com | Jan 27 2023 00:11:00 | Pittsburgh Water & Sewer Authority, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15039901 | + | Email/Text: ebnpwsa@grblaw.com | Jan 27 2023 00:11:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15005630 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 27 2023 00:11:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15033929 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 27 2023 00:11:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14989356 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 27 2023 00:11:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15423888 | + | Email/Text: bncmail@w-legal.com | Jan 27 2023 00:11:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14989358 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:58 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

| Recip ID | Bypass | Delivery | Date/Time | Address |
|---|---|---|---|---|
| 14989359 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:39 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14997757 |   | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2023 00:20:53 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15034350 | + | Email/Text: bncmail@w-legal.com | Jan 27 2023 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14989360 | + | Email/Text: bncmail@w-legal.com | Jan 27 2023 00:11:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14992696 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2023 00:11:00 | The Huntington National Bank, 3 Cascade Plaza CAS056, Akron, OH 44308-1124 |
| 15040443 |   | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 27 2023 00:11:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14989361 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 27 2023 00:11:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14989362 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 27 2023 00:11:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15028364 |   | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2023 00:20:51 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | Quicken Loans Inc. |
| cr |   | Quicken Loans, LLC Formerly Known (FKA) as Quicken |
| cr |   | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15007335 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15007336 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15007337 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15007339 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15007341 | *P++ | COMMUNITY BANK, 90 W CHESTNUT ST, SUITE 100, WASHINGTON PA 15301-4524, address filed with court:, Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 15007342 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15007351 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15007343 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15007344 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15007345 | *+ | F N B Cons Disc Co, 4313 Walnut St Ste 29, Mckeesport, PA 15132-6100 |
| 15007346 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15007347 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15007348 | * | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 15007349 | *+ | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15007340 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15007350 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15007352 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15007353 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15007354 | *+ | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 15007355 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15007356 | *+ | Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |

| | | |
|---|---|---|
| 15007357 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15007359 | * | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 15007360 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15007361 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15007362 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15007364 | *+ | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15007365 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 3 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023                Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC Formerly Known (FKA) as Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor James E. Skiff ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 10