**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James E. Skiff<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8778<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |

United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA

Case number:  19–20470–GLT

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James E. Skiff

<u>3/14/23</u>                                         **By the court:** <u>Gregory L Taddonio</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-20470-GLT
James E. Skiff | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5
Date Rcvd: Mar 14, 2023      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James E. Skiff, 935 Berkshire Avenue, Pittsburgh, PA 15226-2139 |
| 15007338 | + | Butler Stone Craft, 772 N Pike Rd, Cabot, PA 16023-2224 |
| 15089246 | + | COMMUNITY BANK, 2111 N. FRANKLIN DRIVE-DEPT. 204, SUITE 200, WASHINGTON, PA 15301-5893 |
| 15042662 | + | Donley Brick Co., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14989344 | + | F N B Cons Disc Co, 4313 Walnut St Ste 29, Mckeesport, PA 15132-6100 |
| 14989345 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14989347 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 15007358 | + | Silhol Builders, 100 Union St, Bridgeville, PA 15017-2495 |
| 14989357 | | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 15007363 | + | Tmobile, 3625 132nd Ave SE, Bellevue, WA 98006-1325 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 15 2023 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 15 2023 03:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2023 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Mar 15 2023 03:52:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Mar 15 2023 00:06:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 15 2023 00:07:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15007334 | | EDI: AIS.COM | Mar 15 2023 03:52:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14989335 | + | Email/PDF: bncnotices@becket-lee.com | Mar 15 2023 00:09:04 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14989336 | + | EDI: BANKAMER.COM | Mar 15 2023 03:52:00 | Bank Of America, Po Box 982238, El Paso, TX |

| Recipient ID | | Delivery Method | Delivery Time | Recipient |
|---|---|---|---|---|
| | | | | 79998-2238 |
| 14989337 | + | EDI: BANKAMER.COM | Mar 15 2023 03:52:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14989338 | | EDI: CAPITALONE.COM | Mar 15 2023 03:52:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14989340 | | Email/Text: svlainich@communitybank.tv | Mar 15 2023 00:07:00 | Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 14989341 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 15 2023 00:09:01 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14989350 | + | EDI: CITICORP.COM | Mar 15 2023 03:52:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15034952 | | EDI: Q3G.COM | Mar 15 2023 03:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14992609 | | EDI: DISCOVER.COM | Mar 15 2023 03:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14989342 | + | EDI: DISCOVER.COM | Mar 15 2023 03:52:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14989343 | + | EDI: DCI.COM | Mar 15 2023 03:52:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15031808 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 15 2023 00:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14989346 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 15 2023 00:07:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14989348 | + | Email/Text: bankruptcy@huntington.com | Mar 15 2023 00:07:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 14989339 | | EDI: JPMORGANCHASE | Mar 15 2023 03:52:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14989349 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 15 2023 00:06:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14989351 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 15 2023 00:07:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14989352 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 15 2023 00:07:00 | Marinr Finc, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14989353 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2023 00:07:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14989354 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 15 2023 00:07:00 | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 14996817 | | EDI: AGFINANCE.COM | Mar 15 2023 03:52:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14989355 | + | EDI: AGFINANCE.COM | Mar 15 2023 03:52:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15124967 | | EDI: PRA.COM | Mar 15 2023 03:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15001982 | + | Email/Text: ebnpeoples@grblaw.com | Mar 15 2023 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15448418 | + | Email/Text: ebnpwsa@grblaw.com | Mar 15 2023 00:06:00 | Pittsburgh Water & Sewer Authority, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15039901 | + | Email/Text: ebnpwsa@grblaw.com | Mar 15 2023 00:06:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 |

Case 19-20470-GLT    Doc 85    Filed 03/16/23    Entered 03/17/23 00:27:39    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Mar 14, 2023 | Form ID: 3180W | Total Noticed: 56 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15005630 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 15 2023 00:07:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15033929 | | EDI: SALLIEMAEBANK.COM | Mar 15 2023 03:52:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14989356 | + | EDI: SALLIEMAEBANK.COM | Mar 15 2023 03:52:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15423888 | + | Email/Text: bncmail@w-legal.com | Mar 15 2023 00:07:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14989358 | + | EDI: RMSC.COM | Mar 15 2023 03:52:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14989359 | + | EDI: RMSC.COM | Mar 15 2023 03:52:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14997757 | | EDI: AIS.COM | Mar 15 2023 03:52:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15034350 | + | Email/Text: bncmail@w-legal.com | Mar 15 2023 00:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14989360 | + | EDI: WTRRNBANK.COM | Mar 15 2023 03:52:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14992696 | + | Email/Text: bankruptcy@huntington.com | Mar 15 2023 00:07:00 | The Huntington National Bank, 3 Cascade Plaza CAS056, Akron, OH 44308-1124 |
| 15040443 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 15 2023 00:07:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14989361 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 15 2023 00:07:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14989362 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 15 2023 00:07:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15028364 | | EDI: AIS.COM | Mar 15 2023 03:52:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans, LLC Formerly Known (FKA) as Quicken |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15007335 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15007336 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15007337 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15007339 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15007341 | *P++ | COMMUNITY BANK, 90 W CHESTNUT ST, SUITE 100, WASHINGTON PA 15301-4524, address filed with court:, Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 15007342 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15007351 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15007343 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |

Case 19-20470-GLT    Doc 85    Filed 03/16/23    Entered 03/17/23 00:27:39    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 14, 2023 | Form ID: 3180W | Total Noticed: 56 |

| | | |
|---|---|---|
| 15007344 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15007345 | *+ | F N B Cons Disc Co, 4313 Walnut St Ste 29, Mckeesport, PA 15132-6100 |
| 15007346 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15007347 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15007348 | * | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 15007349 | *+ | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15007340 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15007350 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15007352 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15007353 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15007354 | *+ | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 15007355 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15007356 | *+ | Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15007357 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15007359 | * | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 15007360 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15007361 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15007362 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15007364 | *+ | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15007365 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 3 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC Formerly Known (FKA) as Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | |

District/off: 0315-2     User: auto     Page 5 of 5
Date Rcvd: Mar 14, 2023     Form ID: 3180W     Total Noticed: 56

on behalf of Debtor James E. Skiff ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 10